# United States District Court
# Central District of California

| | |
|---|---|
| ANDRES GOMEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>CARLOS GALVAN; DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:16-CV-08256-ODW(JC)<br><br>**ORDER TO SHOW CAUSE** |

///
///
///
///
///
///
///
///
///
///
///

On November 4, 2016, Plaintiff Andres Gomez filed this lawsuit alleging violation of the Americans with Disabilities Act and other related claims.  (ECF No. 1.)   On December 22, 2016, Plaintiff served the complaint on Defendant Carlos Galvan.  (ECF No. 9.)  However, Defendant never filed an answer.  Plaintiff has taken no further action to prosecute this case.

Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than **April 5, 2017**, why the Court should not dismiss this action for lack of prosecution.  No hearing will be held.  Failure to file a timely written response to this Order will result in the dismissal of the action without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

March 28, 2017

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**